1  ROB BONTA
   Attorney General of California
2  JEFFREY T. FISHER
   Supervising Deputy Attorney General
3  CASSANDRA J. SHRYOCK
   Deputy Attorney General
4  State Bar No. 300360
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3622
6   Fax:  (415) 703-5843
    E-mail:  Cassandra.Shryock@doj.ca.gov
7  *Attorneys for Defendants*
   *R. Diaz, R. Broomfield and M. Houston*
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| **REGINALD THORPE,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**RALPH DIAZ, et al.,**<br><br>                                    Defendants. | Case No. 3:21-cv-06960-WHO<br><br>**DEFENDANTS' NOTICE RE: COURT'S LACK OF JURISDICTION**<br><br>Judge:             The Honorable William H. Orrick<br>Trial Date:       None Set<br>Action Filed:   September 8, 2021 |

   Defendants respectfully notify the Court that it no longer has jurisdiction over this matter, due to the pendency of the *Cooper v. Allison* appeal, Ninth Circuit no. 22-16088.

   This case was included in the Chief Judge's Order of Limited Assignment to determine whether, among other things, qualified immunity and immunity under the Public Readiness and Emergency Preparedness (PREP) Act apply at the pleading stage.  (ECF No. 33.)  On July 15, 2022, the judge assigned to address those issues found that neither immunity applied at the pleading stage. *In re CIM-SQ Transfer Cases*, N.D. Cal. no. 3:22-mc-80066 (Dkt No. 59). Defendants timely appealed that order on July 21, 2022.  *Id.* (Dkt. Nos. 64, 67).

1

Defs.' Not. Of Court's Lack of Jx (3:21-cv-06960-WHO)

Defendants' interlocutory appeal divested the relevant courts of jurisdiction over the eight cases at issue in the appeal, including *Thorpe, et al. v. Diaz*. "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58–59 (1982). In such a situation, the district court is automatically divested of jurisdiction over the matter on appeal, unless the court certifies that the appeal is frivolous or has been forfeited. *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992). And if the Ninth Circuit resolves the qualified- and PREP Act-immunity issues in Defendants' favor, these cases will end. Thus, the entire action is the subject of the instant appeal, and this Court was divested of jurisdiction over the case when Defendants appealed. *See id.* Defendants have moved, in the *In re CIM-SQ Transfer Cases* matter for an order recognizing that the district court has been divested of jurisdiction, which is set for hearing on August 31, 2022. *In re CIM-SQ Transfer Cases*, N.D. Cal. no. 3:22-mc-80066 (Dkt No. 68).

Therefore, absent an order concluding the Court has not been divested of jurisdiction, Defendants do not intend to file a responsive pleading to Plaintiff's Complaint (due Friday, July 29, 2022).

Dated:  July 28, 2022               Respectfully submitted,

                                    ROB BONTA
                                    Attorney General of California
                                    JEFFREY T. FISHER
                                    Supervising Deputy Attorney General


                                    ***/s/ Cassandra J. Shryock***
                                    CASSANDRA J. SHRYOCK
                                    Deputy Attorney General
                                    *Attorneys for Defendants*

SF2021304789
43329155.docx

2

Defs.' Not. Of Court's Lack of Jx (3:21-cv-06960-WHO)

# CERTIFICATE OF SERVICE

Case Name:  *Reginald Thorpe (P-79002) v. Ralph Diaz, et al.*
Case No.    **3:21-cv-06960-WHO**

I hereby certify that on <u>July 28, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE RE: COURT'S LACK OF JURISDICTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 28, 2022</u>, at San Francisco, California.

| G. Pang | *[signature]* |
| :---: | :---: |
| Declarant | Signature |

SF2021304789/43329373.docx