UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re CIM-SQ Transfer Cases**<br><br>++++++++++++++++++++++<br><br>Re: *Cooper v. Allison*, 20-cv-09415-BLF; *Quale v. Allison* 21-cv-00708-EJD; *Ruiz v. State of California*, 21-cv-01832-JD; *Legg v. California Department of Corrections and Rehabilitation*, 21-cv-01963-HSG; *Love v. State of California*, 21-cv-04095-JD; *Diaz v. State of California*, 21-cv-04604-JD; *Thorpe v. Diaz*, 21-cv-06960-WHO; *Warner v. State of California*, 21-cv08154-JD | Case No. 22-mc-80066-WHO<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY**<br><br>Re: Dkt. No. 68 |

Defendants' unopposed motion to stay the represented cases identified in the caption pending the appeals of this Court's Order denying motions to dismiss on the issues subject to the Order is Limited Assignment is GRANTED.

**IT IS SO ORDERED.**

Dated: August 29, 2022



William H. Orrick
United States District Judge